IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RAYSHAUN LAMONT STALEY,        )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:23-cv-515
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )

**ORDER**

This matter is before this court for review of the Order and Recommendation ("Recommendation") filed on July 7, 2023, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 2.) The Recommendation was served on the Plaintiff on July 7, 2023. (Doc. 3.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice to Plaintiff filing a civil complaint on the proper Motion for Return of Property forms. Plaintiff filed objections to the Recommendation. (Doc. 4.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions."

This court has appropriately reviewed the Recommendation and Plaintiff's objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a civil complaint, on the proper Motion for Return of Property forms, which corrects the defects cited in the Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Letter which the court treated as a Motion for Return of Property, (Doc. 1), is **DENIED AS MOOT.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 19th day of October, 2023.

_____
United States District Judge